# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YERVAND ALOYAN AND ANI YANTURYAN,<br><br>         Plaintiffs,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and Illinois corporation licensed to do business in California; and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No.: 2:25-cv-06369-JLS-JPRx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(*Filed concurrently with Stipulation*) |

Pursuant to the Stipulation of the parties, the Court hereby dismisses Plaintiffs, Yervand Aloyan and Ani Yanturyan's Complaint, including all causes of action therein, with prejudice, as to Defendant State Farm Mutual Automobile Insurance Company.  The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:   February 2, 2026



Josephine L. Staton

_____

The Honorable Josephine L. Staton
United States District Judge

170694809.1

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE